UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

IN RE:  CIVIL CONFERENCES                                    **ORDER**

------------------------------------------------------------------x

Seibel, J.

      Pursuant to my Emergency Individual Rules and Practices in Light of COVID-19, last revised March 19, 2020, all parties to civil conferences shall attend by phone, using the following information:

      Toll-Free Number:  (877) 336-1839
      Access Code:  1047966

      The parties should call in from a landline, announce their names before speaking, and mute their lines when not speaking.  This Order is subject to revocation at any time.

**SO ORDERED.**

Dated: March 23, 2020
      White Plains, New York

                                                      _____
                                                      CATHY SEIBEL, U.S.D.J.